1  JONATHAN JOANNIDES, SBN: #311260
   1750 Meridian Ave #5135
2  San Jose, CA 95125
3  Telephone:  (408) 320-7174
   JJ@digitalfrontierlaw.com
4  DIGITAL FRONTIER LAW, APC

5
   Attorney for Defendant
6  Mona Lee, Inc.

7

8
                UNITED STATES DISTRICT COURT FOR
9
           SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)
10

11
   Joe Esquivel, *on behalf of himself and*    Case No. 3:25-cv-00607-H-BLM
12 *all others similarly situated*,

13              Plaintiff,

14
           v.
15

16 Mona Lee, Inc.,

17              Defendant.

18

19             **RULE 7.1 DISCLOSURE STATEMENT**

20
   Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure Mona Lee, Inc.
21
   hereby states that it has no parent corporation and that no publicly held corporation
22
   owns 10% or more of its stock.
23

24

25

26

27

28

---

Defendant Rule 7.1 Disclosure Statement — Case No. 3:25-cv-00607-H-BLM

1  Dated: July 25, 2025

2                                                          By: */s Jonathan Joannides*

3  JONATHAN JOANNIDES
   DIGITAL FRONTIER LAW, APC
4  1750 MERIDIAN AVE, #5135
5  SAN JOSE, CA 95125
   408-320-7174
6  Email: JJ@digitalfrontierlaw.com
7  *Attorney for Defendant*